**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PNC BANK, NATIONAL ASSOCIATION,
a national banking association,

                Plaintiff,

vs.                                            Case No. 3:15-cv-1392-J-34JRK

NUMISMATIC SUBS, LLC, TREVOR
BUBE, THOMAS BUBE,

                Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. Plaintiff initiated the instant action on November 20, 2015 by filing Plaintiff's Verified Complaint for Foreclosure of Mortgage and Security Interests and Related Relief (Doc. 1; Complaint). Upon review of the Complaint, the Court is unable to determine whether it has jurisdiction over this action. Federal courts are courts of limited jurisdiction and therefore have an obligation to inquire into their subject matter jurisdiction. See Kirkland v. Midland Mortgage Co., 243 F.3d 1277, 1279–80 (11th Cir. 2001). This obligation exists regardless of whether the parties have challenged the existence of subject matter jurisdiction. See Univ. of S. Ala. v. Am. Tobacco Co., 168 F.3d 405, 410 (11th Cir. 1999) ("[I]t is well settled that a federal court is obligated to inquire into subject matter jurisdiction sua sponte whenever it may be lacking."). "In a given case, a federal district court must have at least one of three types of subject matter jurisdiction: (1) jurisdiction under a specific statutory grant; (2) federal question jurisdiction pursuant to 28 U.S.C. § 1331; or (3) diversity jurisdiction pursuant to

28 U.S.C. § 1332(a)." Baltin v. Alaron Trading Corp., 128 F.3d 1466, 1469 (11th Cir. 1997).

In this case, Plaintiff alleges that this Court has subject matter jurisdiction over this action based on diversity jurisdiction. See Complaint ¶ 10. Federal district courts may exercise diversity jurisdiction over cases involving citizens of different states where the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. See 28 U.S.C. §1332(a); Williams v. Best Buy Co., Inc., 269 F.3d 1316, 1319 (11th Cir. 2001); Kirkland, 243 F.3d at 1280. For a court to have diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), "all plaintiffs must be diverse from all defendants." Univ. of S. Ala., 168 F.3d at 412. Because Plaintiff fails to properly allege the citizenship of Defendant Numismatic Subs, LLC (Defendant Numismatic), see Complaint ¶¶ 5, 11, 12(a), the Court cannot determine whether it has subject matter jurisdiction over this action.

Plaintiff alleges that Defendant Numismatic "is, and at all times material hereto, was a Florida limited liability company with its principal place of business located in Port Richey, Pasco County, Florida," id. at ¶ 5, and that Defendant Numismatic "is domiciled in the state of Florida." Id. at 11. For the purposes of establishing diversity jurisdiction, "a limited liability company is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004) (per curiam). Thus, to sufficiently allege the citizenship of a limited liability company (LLC), a party must list the citizenship of each of the LLC's members. See id. at 1021–22. Plaintiff alleges that Defendant Trevor Bube "is a member of"

Defendant Numismatic and that Defendant Trevor Bube is a citizen of Illinois. Complaint ¶¶ 6, 12(a). However, Plaintiff fails to allege whether there are additional members of Defendant Numismatic, and if so, the citizenship of those members. As such, Plaintiff has failed to provide the Court with sufficient information for the Court to determine whether it has jurisdiction over this action. In light of the foregoing, it is

**ORDERED**:

Plaintiff PNC BANK, National Association, shall have until **JANUARY 4, 2016**, to file an amended complaint demonstrating that this Court has subject matter jurisdiction over this action.

**DONE AND ORDERED** at Jacksonville, Florida on November 30, 2015.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc20

Copies to:

Counsel of Record